**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **Melinda Budde, on behalf of herself and all others similarly situated,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**SYNGENTA CORPORATION, BAYER CROPSCIENCE, INC., BAYER CROPSCIENCE LP, CORTEVA INC., BASF CORPORATION, CARGILL INCORPORATED, , WINFIELD SOLUTIONS, LLC, UNIVAR SOLUTIONS, INC., CHS INC., NUTRIEN AG SOLUTIONS INC., GROWMARK, INC., SIMPLOT AB RETAIL SUB, INC., TENKOZ INC., and FEDERATED CO-OPERATIVES LTD.,**<br><br>*Defendants.* | Case No. 21-cv-2095 |

<u>**PLAINTIFF MELINDA BUDDE'S MOTION FOR A TEMPORARY STAY PENDING AN ORDER FROM UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION AND INCORPORATED MEMORANDUM IN SUPPORT**</u>

Plaintiff Melinda Budde requests the Court temporarily stay all current deadlines including her response to Bayer Defendants' Motion to Transfer pending a decision from the U.S. Judicial Panel on Multidistrict Litigation in early June. Every party to this case agrees that this case will be sent to another court by June, so why bog down this Court with unnecessary motion practice.

Certain plaintiffs in the Related Cases have filed a motion with the Judicial Panel on Multi-District Litigation ("JPML") pursuant to 28 U.S.C. § 1407 to transfer this and other Related Cases for consolidated or coordinated pretrial proceedings. That motion and the determination of the location for coordinated proceedings is set to be argued before the JPML on May 27, 2021. The

JPML normally issues its determination within a week or two of oral argument, so an order here is expected early June. *See, e.g.,* JPML Panel Orders for March 2021 Hearing Session, https://www.jpml.uscourts.gov/panel-orders (orders issued on April 1 after March 25 oral argument).

All parties (Defendants as well as all plaintiffs who filed a response) have requested transfer of all Related Actions (including this case) for consolidated or coordinated pretrial proceedings in one of three locations: Southern District of Illinois, District of Minnesota, and Eastern District of Missouri. The parties are currently putting together consolidated complaints and briefing schedules in the two jurisdictions vying to be the location for MDL consolidation.[1] *See Handwerk v. Bayer Crop Sciences et al.*, Case No. 21-cv-00351-MDJ-TNL (D. Minn).; *Piper v. Bayer CropSciences, LP et al.*, 21-cv-00021-NJR (S.D. Ill.).  But no party has suggested that the District of Kansas be considered as an MDL location. In the two other cases outside the Minnesota and Illinois—in other words, all jurisdictions not in the running to maintain the cases after the JPML rules, all Defendants (the exact same ones as here) have agreed to temporarily stay proceedings until after the JPML decision—and stays have been ordered. Temporary Stay Order (Dkt. No. 24), *B & H Farming et al. v. Syngenta Corp. et al.*, Case No. 21-cv-00121-REB (D. Idaho) (order granting *joint* motion for temporary stay pending the decision of the JPML) (attached as Exhibit 1); Temporary Stay Order (Dkt. No. 31), *Tom Burke Farms v. Bayer CropScience et al.*, 21-cv-01049-KSM (E.D. Pa.) (granting *joint* motion for temporary stay and suspending deadlines pending a decision by the JPML on transfer) (attached as Exhibit 2).

---

[1] There are currently no cases in the Eastern District of Missouri.

The following facts, agreed to by the same Defendants in this case that are also in Idaho

and Pennsylvania, apply here too. Joint Mot. for Temporary Stay (Dkt. No. 23), *B & H Farming*

*et al. v. Syngenta Corp. et al.*, 21-cv-00121-REB (D. Idaho) (attached as Exhibit 3) and Joint Mot.

for Temporary Stay (Dkt. No. 28), *Tom Burke Farms v. Bayer CropScience et al.*, 21-cv-01049-

KSM (E.D. Pa.) (attached as Exhibit 4). Yet Defendants want a different result on the same facts

for some reason in the District of Kansas. The **Facts** are:

      1.      From January 8, 2021 to the present, 21 substantially similar putative class action

cases alleging antitrust violations by the defendants in the market for crop inputs have been filed,

in this Court, the United States District Court for the Southern District of Illinois, the United States

District Court for the District of Minnesota, the United States District Court for the Eastern District

of Pennsylvania, and the United States District Court for the District of Idaho (the "Related

Actions").[2]

---

[2] As of the date of this filing, the Related Actions include:  *Piper v. Bayer, et al.*, 3:21-cv-00021
(S.D. Ill.), *Swanson v. Bayer, et al.*, 3:21-cv-00046 (S.D. Ill.) (filed January 13, 2021), *Lex v. Bayer,
et al.*, 3:21-cv-0122 (S.D. Ill.) (filed February 2, 2021), *Handwerk v. Bayer, et al.*, 0:21-cv-00351
(D. Minn.) (filed February 5, 2021), *Duncan v. Bayer, et al.*, 3:21-cv-00158 (S.D. Ill.) (filed
February 11, 2021); *Flaten v. Bayer, et al.*, 0:21-cv-00404 (D. Minn.) (filed February 11, 2021);
*Jones Planting Co. III v. Bayer, et al.*, 3:21-cv-00173 (S.D. Ill.) (filed February 12, 2021), *Canjar
v. Bayer et al.*, 21-cv-00181 (S.D. Ill.) (filed Feb. 16, 2021), *Ryan Bros., Inc. v. Bayer, et al.*, 0:21-
cv-00433 (D. Minn.) (filed February 17, 2021), *Pfaff v. Bayer et al.*, 0:21-cv-00462 (D. Minn.)
(filed February 19, 2021), *Budde v. Bayer, et al.*, 2:21-cv-02095 (D. Kan.) (filed February 19,
2021), *Vienna Eqho Farms v. Bayer, et al.*, 3:21-cv-00204 (S.D. Ill.) (filed February 22, 2021),
*Carlson v. Bayer, et al.*, 0:21-cv-00475 (D. Minn.) (filed February 22, 2021), *Eagle Lake Farms
v. Bayer, et al.*, 0:21-cv-00543 (D. Minn.) (filed February 24, 2021), *Tom Burke Farms v. Bayer,
et al.*, 2:21-cv-01049 (E.D. Pa.) (filed March 4, 2021), *Dekrey v. Bayer, et al.*, 0:21-cv-00639 (D.
Minn.) (filed March 5, 2021); *Schultz v. Bayer, et al.*, 0:21-cv-00681 (D. Minn.) (filed March 10,
2021); *Hapka Farms, Inc. et al. v. Bayer, et al.*, 0:21-cv-00685 (D. Minn.) (filed March 11, 2021);
*Beeman Berry Farm, LLC v. Bayer, et al.*, 0:21-cv-719 (D. Minn.) (filed March 17, 2021); and
*(cont'd)*

2.        On February 24, 2021, certain plaintiffs in the Related Actions filed a Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 (the "MDL Motion") before the Judicial Panel on Multidistrict Litigation ("JPML"), seeking to transfer the Related Actions and any subsequently filed actions premised on the same alleged facts to the Southern District of Illinois for consolidated or coordinated pre-trial proceedings.[3]  The MDL Motion is now fully briefed and awaits argument before, and decision by, the JPML.

3.        All parties have agreed that this case and the Related Cases should be consolidated for pretrial purposes in a single district.  Plaintiffs in the actions in the Southern District of Illinois have proposed that the cases be consolidated in the Southern District of Illinois.  All other plaintiffs for the remaining Related Actions pending have proposed that the Related Actions be transferred to the District of Minnesota.  Defendants have proposed that the cases be transferred either to the Eastern District of Missouri or to the District of Minnesota.

4.        The parties anticipate that the Related Actions will ultimately be consolidated and coordinated, in the interest of justice, efficiency, and conservation of judicial resources.

5.        Defendants Bayer Cropscience LLP and Bayer Cropscience, Inc. have filed motions under 28 U.S.C. § 1404(a) in most of the Related Actions, including this action (Dkt. No. 16) seeking to transfer the Related Actions to the Eastern District of Missouri (the "Bayer Transfer Motions").

---

*Little Omega v. Bayer, et al.*, 3:21-cv-00297 (S.D. Ill.) (filed March 16, 2021); *B & H Farming et al. v. Syngenta Corp. et al.*, Case No. 21-cv-00121-REB (D. Idaho) (filed March 15, 2021).

[3] *See In re Crop Inputs Antitrust Litig.* MDL No. 2993, Dkt. 2 (Feb. 24, 2021).

6.      In light of the above, the Parties expect that many or all of the Related Actions will be transferred out of the districts in which they are currently pending and consolidated for pretrial purposes.

7.      In light of the above, it would not be efficient at this stage of the proceedings for the parties to litigate this case while the JPML proceedings are pending and transfer to another venue is likely and soon.  This limited, temporary stay is proposed not for the purpose of delay but rather to permit efficiencies between this case and the Related Actions that will likely be subject to consolidation into an MDL.

**ARGUMENT**

Given the upcoming hearing in the JPML, Plaintiff Budde proposes that the Court continue to stay the proceedings in this case until after a ruling from the JPML. Plaintiff proposes a stay in deadlines for the Section 1404 motion and Defendants' answers until June 10, 2021.  At that time, this individual case will either be centralized for a consolidated complaint and related briefing schedule, or it will proceed as an individual case.

While Defendants note that Section 1404 motions can be ruled on prior to centralization, neither this motion nor any motion to dismiss will likely be completely briefed prior to argument to the JPML even under Defendants' proposed deadlines. It is neither an efficient use of party nor Court resources to begin briefing these motions when transfer is likely and could either moot the motions (through dispositive motions) or make them outdated on remand (different defendants or claims remaining).

Finally, Defendants have conceded that there is no efficiency in deciding these motions to transfer outside of the potential MDL court in filings in other district courts. Defendants, including

5

Bayer, have agreed to stays of these motions in other jurisdictions not being considered for MDL

centralization. **As Bayer stated in the District of Idaho, "it would not be efficient at this stage**

**of the proceedings for the parties to litigate this case while the JPML proceedings are**

**pending and transfer to a jurisdiction other than Idaho is likely."** Joint Mot. for Temporary

Stay 3-4 (Dkt. No. 22), *B & H Farming et al. v. Syngenta Corp. et al.*, 21-cv-00121-REB (D. Idaho)

(Ex. 3); *accord* Joint Mot. for Temporary Stay (Dkt. No. 28), *Tom Burke Farms v. Bayer*

*CropScience et al.*, 21-cv-01049-KSM (E.D. Pa.) (Ex. 4). **This case is in the exact same**

**procedural position as the one in Idaho.**  However, Defendants insist on pushing ahead in Kansas

on motions to dismiss and the transfer motion—even though a ruling prior to a JPML decision is

highly unlikely. This makes no sense and is a waste of resources given the likely consolidated

briefing led by an appointed leadership structure. This Court should follow the lead of the District

of Idaho and the Eastern District of Pennsylvania and temporarily stay deadlines until after a JPML

decision.[4]

**CONCLUSION**

For all of these reasons stated above, Plaintiff Budde requests a temporary stay in

deadlines until June 10, 2021, after an order from the Judicial Panel on Multidistrict Litigation.

---

[4]   In the alternative, the Court could set Plaintiff's Response Brief for mid-June, which Plaintiff
is fine with doing if the case is still here—a result that all parties think is unlikely.

Respectfully submitted,


 */s/ Ruth Anne French-Hodson*

Rex A. Sharp, #12350
Ruth Anne French-Hodson, #28492
**SHARP LAW, LLP**
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
rafrenchhodson@midwest-law.com

Isaac Diel, #14376
Greg Bentz, #23128
**SHARP LAW, LLP**
6900 College Blvd., Suite 285
Overland Park, KS 66211
(913) 901-0505
(913) 901-0419 fax
idiel@midwest-law.com
gbentz@midwest-law.com

*Counsel for Plaintiff Melinda Budde*


## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2021, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to all counsel of

record.

 */s/ Ruth Anne French-Hodson*

### INDEX OF EXHIBITS

- Exhibit 1: Temporary Stay Order (Dkt. No. 24), *B & H Farming et al. v. Syngenta Corp. et al.*, Case No. 21-cv-00121-REB (D. Idaho) (order granting *joint* motion for temporary stay pending the decision of the JPML)

- Exhibit 2: Temporary Stay Order (Dkt. No. 31), *Tom Burke Farms v. Bayer CropScience et al.*, 21-cv-01049-KSM (E.D. Pa.) (granting *joint* motion for temporary stay and suspending deadlines pending a decision by the JPML on transfer)

- Exhibit 3: Joint Mot. for Temporary Stay (Dkt. No. 23), *B & H Farming et al. v. Syngenta Corp. et al.*, 21-cv-00121-REB (D. Idaho)

- Exhibit 4: Joint Mot. for Temporary Stay (Dkt. No. 28), *Tom Burke Farms v. Bayer CropScience et al.*, 21-cv-01049-KSM (E.D. Pa.)